JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DO TAT DOAN,

                Petitioner,

    v.

J. JOHNSON, et al.,

                Respondents.

Case No. 5:26-cv-01893-MCS-SK

**JUDGMENT**

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Do Tat Doan is to be released from the custody of Immigration and Customs Enforcement immediately under appropriate conditions of supervision.

The Clerk is instructed to close this case on entry of judgment.

DATED: May 8, 2026

MARK C. SCARSI
United States District Judge